B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>EchoStream Motor Group, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Odyssey Specialty Vehicles | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>46-2108004 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>317 Richard Mine Road<br>Wharton, NJ<br><br>ZIP Code  07885 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Morris | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Type of Debtor
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition
  of a Foreign Nonmain Proceeding

### Chapter 15 Debtors

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts,
  defined in 11 U.S.C. § 101(8) as
  "incurred by an individual primarily for
  a personal, family, or household purpose."
- ■ Debts are primarily
  business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information     *** Donald W. Clarke (DC-7478) ***

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

#### Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

#### Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

#### Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                              Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>EchoStream Motor Group, LLC |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>　　Signature of Attorney for Debtor(s)　　　　　(Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

　　☐ Yes, and Exhibit C is attached and made a part of this petition.

　　■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

　　☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

　　☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

　　■　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

　　☐　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

　　☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

　　☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

　　　　　_____
　　　　　(Name of landlord that obtained judgment)




　　　　　_____
　　　　　(Address of landlord)


　　☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

　　☐　Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

　　☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                        Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | EchoStream Motor Group, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ Donald W. Clarke
_____
Signature of Attorney for Debtor(s)

 Donald W. Clarke (DC-7478)
_____
Printed Name of Attorney for Debtor(s)

 WASSERMAN, JURISTA & STOLZ
_____
Firm Name
 110 Allen Road
 Suite 304
 Basking Ridge, NJ 07920
_____
Address

                        Email: attys@wjslaw.com
 (973) 467-2700  Fax: (973) 467-8126
_____
Telephone Number
 February 27, 2015
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Daniel Huang
_____
Signature of Authorized Individual
 Daniel Huang
_____
Printed Name of Authorized Individual
 CEO
_____
Title of Authorized Individual
 February 27, 2015
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## IN THE UNITED STATES BANKRUPTCY COURT

In the Matter of:                                              }
                                                               } Case No.
**Echostream Motor Group, LLC**                                } Chapter 7
**d/b/a Odyssey Specialty Vehicles,**                          }
                                                               }
Debtor                                                         }

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Daniel Huang, declare under penalty of perjury that I am the CEO of Echostream Motor Group, LLC d/b/a Odyssey Specialty Vehicles, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Limited Liability Company at a special meeting duly called and held on the 27th day of February 2015.

"Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that DANIEL HUANG, CEO of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that DANIEL HUANG, CEO of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that DANIEL HUANG, CEO of this Limited Liability Company is authorized and directed to employ Donald W. Clarke (DC-7478) attorney and the law firm of WASSERMAN, JURISTA & STOLZ to represent the Limited Liability Company in such bankruptcy case."

Date: 2/27/2015                     Signed: _____
                                            DANIEL HUANG

Resolution of Board of Directors
of
Echostream Motor Group, LLC
d/b/a Odyssey Specialty Vehicles


Whereas, it is in the best interest of this Limited Liability Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that DANIEL HUANG, CEO of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the Limited Liability Company; and

Be It Further Resolved, that DANIEL HUANG, CEO of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the Limited Liability Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Limited Liability Company in connection with such bankruptcy case, and

Be It Further Resolved, that DANIEL HUANG, CEO of this Limited Liability Company is authorized and directed to employ Donald W. Clarke (DC-7478), attorney and the law firm of WASSERMAN, JURISTA & STOLZ to represent the Limited Liability Company in such bankruptcy case.


Date: 2/27/2015          Signed: _____
                                    DANIEL HUANG

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### District of New Jersey

In re    EchoStream Motor Group, LLC                            ,     Case No. _____

Debtor

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 124,837.24 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 949,860.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 10 | | 272,164.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 837,981.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 124,837.24 | | |
| Total Liabilities | | | | 2,060,005.82 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## District of New Jersey

In re      EchoStream Motor Group, LLC                                    ,        Case No. _____

                                                    Debtor

                                                                                  Chapter_____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    EchoStream Motor Group, LLC
_____,    Case No. _____
                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    EchoStream Motor Group, LLC                                    ,     Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash | - | 1,000.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Cash account at Bank of America - $0.00 Operating Account at Bank of America - $2,808.24 Incoming Account at Bank of America - $0.00 Payroll Account at Bank of America - $7,338.00 (100% alloated for payroll) | - | 10,146.24 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | Security deposit with Landlord | - | 12,000.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term Life Insurance Policy with Penn Mutual for Larry Kahan, owned by EchoStream, face value $600,000, no cash value | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          23,146.24
(Total of this page)

___3___   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    EchoStream Motor Group, LLC _____ ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts Receivable Due | - | 31,974.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Refundable travel fee to FDNY | - | 20,000.00 |

Sub-Total >        51,974.00
(Total of this page)

Sheet   1   of   3   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    EchoStream Motor Group, LLC                                        ,        Case No. _____
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | System 70 Cooling System; Odyssey Brand; Safebox; Response Technologies; Designs on numerous trucks and cabinets | - | 0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Dealer License | - | 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | ACT Database | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2015 Chevy Silverado, approx. 7,356 miles | - | 10,721.00 |
| | | 2013 Ford Fusion, approx. 56,197 miles | - | 10,100.00 |
| | | 2004 Ford Expedition, approx. 116,291 miles | - | 2,147.00 |
| | | Carmate 14 Cargo Trailer | - | 1,000.00 |
| | | Tag Along Flatbed Trailer | - | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | IP Video System | - | 3,000.00 |
| | | Dell Server | - | 6,000.00 |
| | | Network Infrastructure | - | 1,000.00 |
| | | Office Computers | - | 3,000.00 |
| | | Office Furniture | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Assorted mechanical parts | - | Unknown |
| 31. Animals. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 38,468.00 |
| (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    EchoStream Motor Group, LLC                                    ,        Case No.
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | credit due from factoring company | - | 11,249.00 |

|  |  |
|---|---|
| Sub-Total > | 11,249.00 |
| (Total of this page) | |
| Total > | 124,837.24 |

Sheet   3   of   3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    EchoStream Motor Group, LLC                                    ,        Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. xxx-xcho1 | | | | Secured Loan | | | | | |
| First Bank 530 Main Street Denville, NJ 07834 | X | - | | | | | | | |
| | | | | Value $            0.00 | | | | 492,360.00 | 492,360.00 |
| Account No. xxx-xCHO1 | | | | Hope Note | | | | | |
| First Bank 530 Main Street Denville, NJ 07834 | X | - | | | | | | | |
| | | | | Value $            0.00 | | | | 400,000.00 | 400,000.00 |
| Account No. xxxx1726 | | | | Automobile Loan | | | | | |
| Ford Credit PO Box 220564 Pittsburgh, PA 15257-2564 | X | - | | 2013 Ford Fusion, approx. 56,197 miles | | | | | |
| | | | | Value $         10,100.00 | | | | 16,252.00 | 6,152.00 |
| Account No. xxxxxxxxxx6094 | | | | Automobile Loan | | | | | |
| RBS Citizens Citizens One PO Box 42113 Providence, RI 02940-2113 | X | - | | 2015 Chevy Silverado, approx. 7,356 miles | | | | | |
| | | | | Value $         10,721.00 | | | | 41,248.00 | 30,527.00 |

  0   continuation sheets attached

|  | Subtotal (Total of this page) | 949,860.00 | 929,039.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 949,860.00 | 929,039.00 |

B6E (Official Form 6E) (4/13)

.

In re    EchoStream Motor Group, LLC                                   ,    Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

■ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>9</u>    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    EchoStream Motor Group, LLC                                      ,    Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | |
| Andy Herreros 25 Pamela Drive Totowa, NJ 07512 | | - | | | | | 800.00 | 0.00 / 800.00 |
| Account No. | | | wages | | | | | |
| Antonio Galvan 5 Red Lodge Drive Unit 3 Vernon, NJ 07462 | | - | | | | | 576.00 | 0.00 / 576.00 |
| Account No. | | | wages | | | | | |
| Arturo Zhindon 37 1/2 North First Ave Kenvil, NJ 07847 | | - | | | | | 512.00 | 0.00 / 512.00 |
| Account No. | | | wages | | | | | |
| Barbara Karle 20 Warwick Road Flanders, NJ 07836 | | - | | | | | 544.00 | 0.00 / 544.00 |
| Account No. | | | wages | | | | | |
| Daniel Huang 1 Nelson Ridge Road Princeton, NJ 08540 | | - | | | | | 12,000.00 | 0.00 / 12,000.00 |

Sheet  1   of  9   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)          14,432.00          0.00 / 14,432.00

B6E (Official Form 6E) (4/13) - Cont.

In re      EchoStream Motor Group, LLC                                          ,      Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No.<br><br>David Margretta<br>305 Sunlight Drive<br>Cresco, PA 18326 | - | | | wages | | | | 1,154.00 | 0.00<br><br>1,154.00 |
| Account No.<br><br>Dwayne Verrinder<br>49 West Shawnee Tr.<br>Wharton, NJ 07885 | - | | | wages | | | | 832.00 | 0.00<br><br>832.00 |
| Account No.<br><br>Eric Aerts<br>154 Mountain Avenue<br>Warren, NJ 07059 | - | | | wages | | | | 1,538.00 | 0.00<br><br>1,538.00 |
| Account No.<br><br>Floriberto Mendoza<br>125 W. Clinton Street<br>Dover, NJ 07801 | - | | | wages | | | | 640.00 | 0.00<br><br>640.00 |
| Account No.<br><br>Ivan Vasquez<br>211 Overlook Drive<br>Rockaway, NJ 07866 | - | | | wages | | | | 928.00 | 0.00<br><br>928.00 |

Sheet  2   of  9   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 5,092.00 | 5,092.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    EchoStream Motor Group, LLC                                    ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jaspal Singh<br>376 Ridgeview Road<br>Princeton, NJ 08540 | | - | wages | | | | 12,000.00 | 0.00<br><br>12,000.00 |
| Account No.<br><br>Jim Longobardi<br>4 Daldunn Lane<br>Montville, NJ 07045 | | - | wages | | | | 6,877.00 | 0.00<br><br>6,877.00 |
| Account No.<br><br>Katie Miraglia<br>18 Fellscrest Road<br>Essex Fells, NJ 07021 | | - | wages | | | | 640.00 | 0.00<br><br>640.00 |
| Account No.<br><br>Leopaldo Serrano<br>34 George Street<br>Dover, NJ 07801 | | - | wages | | | | 768.00 | 0.00<br><br>768.00 |
| Account No.<br><br>Luis Narvaez<br>44 Randolph Ave<br>Dover, NJ 07801 | | - | wages | | | | 480.00 | 0.00<br><br>480.00 |

Sheet  3    of  9    continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 20,765.00 | 0.00<br>20,765.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    EchoStream Motor Group, LLC                                          ,        Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.                     Maria Bono 4791 Queens Way Kunkletown, PA 18058 | - | | wages | | | | 544.00 | 0.00 / 544.00 |
| Account No.                     Michael Suplicki 53 North Lakeside Ave Lake Hopatcong, NJ 07849 | - | | wages | | | | 462.00 | 0.00 / 462.00 |
| Account No.                     Nate Seely 10 Quary Court Randolph, NJ 07869 | - | | wages | | | | 5,762.00 | 0.00 / 5,762.00 |
| Account No.                     Omar Narvaez 134 Monroe Ave Dover, NJ 07801 | - | | wages | | | | 480.00 | 0.00 / 480.00 |
| Account No.                     Patrick Fahy 2 East Chrystal Street Dover, NJ 07801 | - | | wages | | | | 481.00 | 0.00 / 481.00 |

Sheet  4    of  9    continuation sheets attached to

Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    7,729.00

0.00

7,729.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    EchoStream Motor Group, LLC                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Paul Evans<br>43B West Broad Street<br>Hopewell, NJ 08525 | - | | wages | | | | 12,000.00 | 0.00 | 12,000.00 |
| Account No.<br><br>Paul Mazzola<br>2607 Fernwood Ave<br>Bartonsville, PA 18321 | - | | wages | | | | 704.00 | 0.00 | 704.00 |
| Account No.<br><br>Richard Dell<br>22 George Street<br>Succasunna, NJ 07876 | - | | wages | | | | 640.00 | 0.00 | 640.00 |
| Account No.<br><br>Robert Nolan<br>27 Fairlawn Drive<br>Hewitt, NJ 07871 | - | | wages | | | | 736.00 | 0.00 | 736.00 |
| Account No.<br><br>Ryan Leonard<br>5 Hillside Ave<br>Belvidere, NJ 07823 | - | | wages | | | | 1,154.00 | 0.00 | 1,154.00 |

Sheet __5__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| 15,234.00 | | 15,234.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    EchoStream Motor Group, LLC                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | wages | | | | | | |
| Shane Duncalf 10 Homestead Road Lake Hopatcong, NJ 07849 | - | | | | | | 544.00 | 0.00 | 544.00 |
| Account No. | | | wages | | | | | | |
| Thomas LaBarbera 337 Carnegie Street Hackettstown, NJ 07840 | - | | | | | | 640.00 | 0.00 | 640.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  6    of  9    continuation sheets attached to    | Subtotal | 0.00 | |
Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 1,184.00 | 1,184.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re ___EchoStream Motor Group, LLC_____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. x6610 | | | Customer Deposit | | | | | | |
| EFA Sales Africa (PTY) Ltd. PO Box 2226 Edenvale 1610 SOUTH AFRICA | - | | | | | | 87,871.00 | 85,096.00 | 2,775.00 |
| Account No. | | | Customer Deposit | | | | | | |
| Leonard Wood Fire Dept North Dakota, Bldg. 580 Fort Leonard Wood, MO 65473 | - | | | | | | 3,000.00 | 225.00 | 2,775.00 |
| Account No. | | | Customer Deposit | | | | | | |
| Metro St. Louis Downtown Airport FD 6100 Archview Drive Cahokia, IL 62206 | - | | | | | | 6,000.00 | 3,225.00 | 2,775.00 |
| Account No. | | | Customer Deposit | | | | | | |
| Northampton County Emergency Mgmt 100 Gracedale Ave Nazareth, PA 18064 | - | | | | | | 1,000.00 | 0.00 | 1,000.00 |
| Account No. | | | Customer Deposit | | | | | | |
| Rio Grande Council of Governments 8037 Lockheed Suite 100 El Paso, TX 79925 | - | | | | | | 53,000.00 | 50,225.00 | 2,775.00 |

Sheet __7__ of __9__ continuation sheets attached to        Subtotal        138,771.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    150,871.00    12,100.00

B6E (Official Form 6E) (4/13) - Cont.

In re    EchoStream Motor Group, LLC                          ,    Case No. _____
_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Deposits by individuals

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Terlingua Fire & EMS<br>PO Box 290<br>Terlingua, TX 79852 | - | | Customer Deposit | | | | 53,000.00 | 50,225.00<br><br>2,775.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __8__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | 50,225.00 |
| (Total of this page)    53,000.00 | 2,775.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re     EchoStream Motor Group, LLC
                                                                          ,          Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | - | | For Noticing & Precautionary Purposes | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No.<br><br>Internal Revenue Service<br>Special Procedures<br>955 So. Springfield Avenue<br>Springfield, NJ 07081 | | | Representing:<br>Internal Revenue Service | | | | Notice Only | |
| Account No.<br><br>State of New Jersey<br>Division of Taxation<br>CN 249<br>Trenton, NJ 08625 | - | | Taxes | | | | 0.00 | 0.00 |
| | | | | | | | 3,857.00 | 3,857.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __9__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 3,857.00 | 3,857.00 |
| | Total | 188,996.00 | |
| | (Report on Summary of Schedules) | 272,164.00 | 83,168.00 |

B6F (Official Form 6F) (12/07)

In re     EchoStream Motor Group, LLC                        ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| **Account No.** | | | | | Trade debt | | | | |
| 1st Responder Newspaper 1 Ardmore Street New Windsor, NY 12553 | - | | | | | | | | 800.00 |
| **Account No.** | | | | | | | | | |
| Aetna P.O. Box 7247-0213 Philadelphia, PA 19170-0233 | - | | | | | | | | 13,984.00 |
| **Account No.** | | | | | Trade debt | | | | |
| Allegis Corp. 315 Shawnee North Drive Suwanee, GA 30024 | - | | | | | | | | 5,281.00 |
| **Account No.** | | | | | Trade debt | | | | |
| Amazon.com, Inc. 1200 12th Avenue South Suite 1200 Seattle, WA 98144-2734 | - | | | | | | | | 124.00 |

   __18__   continuation sheets attached                              Subtotal
                                                           (Total of this page)     20,189.00

B6F (Official Form 6F) (12/07) - Cont.

In re  __EchoStream Motor Group, LLC_____,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> American Document Solutions <br> 111 Canfield Ave., Suite A14 <br> Randolph, NJ 07869 | - | | | Trade debt | | | | 212.00 |
| Account No. xxxxxxxxxx2008 <br><br> American Express <br> Customer Service <br> P.O. Box 981535 <br> El Paso, TX 79998-1535 | - | | | Business Credit Card | | | | 134,263.00 |
| Account No. <br><br> American Van Equipment <br> 149 Lehigh Avenue <br> Lakewood, NJ 08701 | - | | | Trade debt | | | | 168.00 |
| Account No. <br><br> Amrita Singh <br> 2242 E. Deerfield Drive <br> Media, PA 19063 | - | | | Personal Loan | | | | 100,000.00 |
| Account No. <br><br> App River <br> 1101 Gulf Breeze Parkway <br> Suite 200 <br> Gulf Breeze, FL 32561-4858 | - | | | Trade debt | | | | 662.00 |

Sheet no. __1__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

235,305.00

B6F (Official Form 6F) (12/07) - Cont.

In re   EchoStream Motor Group, LLC                                              ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utility Bills | | | | |
| Ashpa Management PO Box 972 Lakewood, NJ 08701 | - | | | | | | 3,750.00 |
| Account No. | | | Trade debt | | | | |
| Austin Hardware & Supply, Inc. 1051 Sheffler Drive Suite A Chambersburg, PA 17201 | - | | | | | | 93.00 |
| Account No. xxxxxxxxxxxx0222 | | | Business Credit Card | | | | |
| Bank of America Mastercard Customer Service PO Box 982238 El Paso, TX 79998-2238 | - | | | | | | 28,872.00 |
| Account No. xxxxxxxxxxxx2830 | | | Business Credit Card | | | | |
| Bank of America Visa Customer Service PO Box 982238 El Paso, TX 79998-2238 | - | | | | | | 10,000.00 |
| Account No. | | | Service Fee | | | | |
| Baron Environmental Services 571 Central Avenue Suite 113 New Providence, NJ 07974 | - | | | | | | 1,920.00 |

Sheet no. _2__ of _18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,635.00

B6F (Official Form 6F) (12/07) - Cont.

In re    EchoStream Motor Group, LLC
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Service Fee | | | | |
| Bartolomei Pucciarelli 2564 Brunswick Pike Lawrenceville, NJ 08648 | - | | | | | | | 2,810.00 |
| Account No. | | | | | | | | |
| Brach Eichler LLC 101 Eisenhower Parkway Roseland, NJ 07068 | - | | | | | | | 1,500.00 |
| Account No. | | | | | | | | |
| Brewster County Treasurer 107 West Avenue E Suite #4 Alpine, TX 79830 | - | | | | | | | 53,000.00 |
| Account No. | | | | Trade debt | | | | |
| Bumperchute Co. 8815 SE 74th Place Mercer Island, WA 98040 | - | | | | | | | 291.00 |
| Account No. | | | | business loan | | | | |
| CAN Capital 414 West 14th St., 3rd Fl. New York, NY 10014 | - | | | | | | | 58,998.82 |
| Sheet no. _3_ of _18_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 116,599.82 |

B6F (Official Form 6F) (12/07) - Cont.

In re    EchoStream Motor Group, LLC                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| Constant Contact 1601 Trapelo Road 3rd Floor Waltham, MA 02451 | - | | | | | | | 200.00 |
| **Account No.** | | | | Trade debt | | | | |
| Creative Foam 6888 Sunflower Lane Macungie, PA 18062 | - | | | | | | | 1,082.00 |
| **Account No.** | | | | Trade debt | | | | |
| Creative Metal Works PO Box 509 Franklin, NJ 07416 | - | | | | | | | 75.00 |
| **Account No.** | | | | Trade debt | | | | |
| Crime Point 355 N. Lantana Street Camarillo, CA 93010 | - | | | | | | | 8,600.00 |
| **Account No.** | | | | Trade debt | | | | |
| Curbell Plastics, Inc. 14746 Collections Center Drive Chicago, IL 60693 | - | | | | | | | 3,246.00 |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          13,203.00

B6F (Official Form 6F) (12/07) - Cont.

In re    EchoStream Motor Group, LLC                                    ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | Trade debt | | | | | | |
| Custom Truck and Body Works 13787 White House Road Woodbury, GA 30293 | - | | | | | | | 162.00 |
| Account No. | | Trade debt | | | | | | |
| D-tools 1850 Gateway Blvd Suite 1060 Concord, CA 94520 | - | | | | | | | 5,000.00 |
| Account No. | | Trade debt | | | | | | |
| DCT Industrial 80 Route 4 East Suite 240 Paramus, NJ 07652 | - | | | | | | | 17,812.00 |
| Account No. | | Trade debt | | | | | | |
| Del City Wire Co., Inc. 23287 Network Place Chicago, IL 60673-1232 | - | | | | | | | 521.00 |
| Account No. | | Trade debt | | | | | | |
| Digital Surroundings 11E Princess Road Lawrenceville, NJ 08648 | - | | | | | | | 20,184.00 |

Sheet no. __5__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,679.00

B6F (Official Form 6F) (12/07) - Cont.

In re     EchoStream Motor Group, LLC                                    ,     Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Douglas Industries PO Box 701 Egg Harbor City, NJ 08215 | - | | | | | | 135.00 |
| Account No. | | | Trade debt | | | | |
| E-Z Pass New York Service Center PO Box 15186 Albany, NY 12212 | - | | | | | | 84.00 |
| Account No. | | | loan to business | | | | |
| Eric Aerts 154 Mountain Avenue Warren, NJ 07059 | - | | | | | | 2,500.00 |
| Account No. | | | Trade debt | | | | |
| FedBid 75 Remittance Drive Dept. 1269 Chicago, IL 60675-1269 | - | | | | | | 513.00 |
| Account No. xxxxx8216 | | | Trade debt | | | | |
| FedEx 3875 Airways Blvd Module H 3rd Fl Memphis, TN 38116 | - | | | | | | 100.00 |

Sheet no. __6__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        3,332.00

B6F (Official Form 6F) (12/07) - Cont.

In re    EchoStream Motor Group, LLC
_____,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Ferno Washington Inc.<br>70 Weil Way<br>Wilmington, OH 45177 | - | | | | | | 483.00 |
| Account No. | | | Trade debt | | | | |
| Fesco Emergency Sales<br>7010 Troy Hill Drive<br>Elkridge, MD 21075 | - | | | | | | 1,068.00 |
| Account No. | | | Trade debt | | | | |
| Fire Fighters Equipment<br>PO Box 897<br>Dover, NJ 07802-0897 | - | | | | | | 547.00 |
| Account No. | | | | | | | |
| First Bank<br>530 East Main St., #53<br>Denville, NJ 07834 | - | | | | | | 6,334.00 |
| Account No. | | | Trade debt | | | | |
| Fisheries Supplies<br>1900 North Lake Way<br>Seattle, WA 98103 | - | | | | | | 41.00 |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    8,473.00

B6F (Official Form 6F) (12/07) - Cont.

In re    EchoStream Motor Group, LLC                                    ,         Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Fox Rothschild LLP 10 Sentry Parkway PO Box 3001 Blue Bell, PA 19422 | | - | | | | | 2,000.00 |
| Account No. | | | Trade debt | | | | |
| GE Polymershapes 24482 Network Place Chicago, IL 60673 | | - | | | | | 143.00 |
| Account No. | | | Trade debt | | | | |
| Gearhart Chevrolet 566 US Hwy 46 Denville, NJ 07834 | | - | | | | | 1,836.00 |
| Account No. | | | Trade debt | | | | |
| Gen-El Safety 961 Route 10 East Suite 2M Randolph, NJ 07869 | | - | | | | | 921.00 |
| Account No. | | | Trade debt | | | | |
| Grainger, Inc. Dept. 521-806855235 Palatine, IL 60038 | | - | | | | | 2,361.00 |

Sheet no. __8__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,261.00

B6F (Official Form 6F) (12/07) - Cont.

In re    EchoStream Motor Group, LLC                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Service Fee | | | | |
| HBK CPAs and Accountants 2564 Brunswick Pike Lawrenceville, NJ 08648 | - | | | | | | | 9,360.00 |
| Account No. | | | | Trade debt | | | | |
| Industrial Communications Company 121 North Sitgreaves Street Easton, PA 18042 | - | | | | | | | 33,717.00 |
| Account No. | | | | Trade debt | | | | |
| Inpower LLC 8311 Green Meadows Drive Lewis Center, OH 43053 | - | | | | | | | 57.00 |
| Account No. | | | | Trade debt | | | | |
| Interstate Battery of NJ 75C Lackawanna Ave Parsippany, NJ 07054 | - | | | | | | | 2,376.00 |
| Account No. | | | | Trade debt | | | | |
| Jersey Sheet Metal & Machine 90 E. Dickerson St. Dover, NJ 07802 | - | | | | | | | 2,468.00 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,978.00

B6F (Official Form 6F) (12/07) - Cont.

In re  __EchoStream Motor Group, LLC_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                   Kabbage (Celtic Bank) PO Box 77081 Atlanta, GA 30357 | - | | | business loan | | | | 13,800.00 |
| Account No.                                   Kimball Midwest Dept. L-2780 Columbus, OH 43260-2780 | - | | | Trade debt | | | | 13,135.00 |
| Account No.                                   Kussmaul Electronics Co., Inc. 170 Cherry Avenue West Sayville, NY 11796-1221 | - | | | Trade debt | | | | 1,018.00 |
| Account No.                                   Laserman Fabrication 560 Independence Street Suite 100 Belvidere, NJ 07823 | - | | | Trade debt | | | | 2,124.00 |
| Account No.                                   Lois Speiden 6 Rowan Road White Sulphur Springs, WV 24986 | - | | | Personal Loan | | | | 50,000.00 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      80,077.00

B6F (Official Form 6F) (12/07) - Cont.

In re    EchoStream Motor Group, LLC                                          ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Lumberman Associates, Inc. 2101 Hunter Road PO Box 720 Bristol, PA 19007 | - | | | | | | | 3,680.00 |
| Account No. | | | | Trade debt | | | | |
| McMahan Enterprises 203 Canty Road Sumrall, MS 39482 | - | | | | | | | 322.00 |
| Account No. | | | | Trade debt | | | | |
| McMaster-Carr PO Box 7690 Chicago, IL 60680-7690 | - | | | | | | | 8.00 |
| Account No. | | | | Trade debt | | | | |
| Messe Frankfurt 1600 Parkwood Circle S.E. Suite 615 Atlanta, GA 30339 | - | | | | | | | 500.00 |
| Account No. | | | | Trade debt | | | | |
| Mobile Power 392 Watters Road Hackettstown, NJ 07840 | - | | | | | | | 491.00 |

Sheet no. __11__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,001.00

B6F (Official Form 6F) (12/07) - Cont.

In re    EchoStream Motor Group, LLC                                    ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mooney-General Paper Co.<br>1451 Chestnut Street<br>PO Box 3800<br>Hillside, NJ 07205 | - | | Trade debt | | | | 440.00 |
| Account No.<br><br>Mouser Electronics<br>PO Box 99319<br>Fort Worth, TX 76199-0319 | - | | Trade debt | | | | 322.00 |
| Account No.<br><br>NJ Natural Gas<br>PO Box 11743<br>Newark, NJ 07101-4743 | - | | Utilities | | | | 1,826.00 |
| Account No.<br><br>NJMEP<br>2 Ridgedale Avenue<br>Suite 305<br>Cedar Knolls, NJ 07927 | - | | Trade debt | | | | 1,500.00 |
| Account No.<br><br>Nordic Metal, LLC<br>500 South 31st Street<br>Kenilworth, NJ 07033-1259 | - | | Trade debt | | | | 1,385.00 |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,473.00

B6F (Official Form 6F) (12/07) - Cont.

In re    EchoStream Motor Group, LLC _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                                              | | | Personal Loan | | | | |
| Norma Evans<br>65 O. Amherst Lane<br>Monroe Township, NJ 08831 | - | | | | | | 29,451.00 |
| Account No.                                              | | | Trade debt | | | | |
| Northeast Battery<br>240 Washington Street<br>Auburn, MA 01501 | - | | | | | | 254.00 |
| Account No.                                              | | | Trade debt | | | | |
| Northwest Battery<br>240 Washington Street<br>Auburn, MA 01501 | - | | | | | | 3,908.00 |
| Account No.                                              | | | Trade debt | | | | |
| Northwest Registered Agent<br>906 W. 2nd Ave, Suite 100<br>Spokane, WA 99201 | - | | | | | | 125.00 |
| Account No.                                              | | | Trade debt | | | | |
| Optimum<br>200  Jericho Quandrangle<br>Jericho, NY 11753 | - | | | | | | 972.00 |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    34,710.00

B6F (Official Form 6F) (12/07) - Cont.

In re    EchoStream Motor Group, LLC                                         ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | services | | | | |
| Paychex Online Services 1175 John Street West Henrietta, NY 14586 | - | | | | | | 14,000.00 |
| Account No. | | | | | | | |
| Penn Mutual Life Insurance Payment Processing Center PO Box 7460 Philadelphia, PA 19100-7460 | - | | | | | | 575.00 |
| Account No. | | | Trade debt | | | | |
| Pentad People Solutions 1000 Herrontown Road Princeton, NJ 08540 | - | | | | | | 11,923.00 |
| Account No. | | | Trade debt | | | | |
| Praxair Mid-Atlantic 5275 Tilghman Street Allentown, PA 18104 | - | | | | | | 333.00 |
| Account No. | | | Trade debt | | | | |
| Protech 4343 South 19th Street Council Bluffs, IA 51501-3305 | - | | | | | | 16,978.00 |

Sheet no. __14__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                43,809.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    EchoStream Motor Group, LLC                                    ,        Case No. _____
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| Robert Marcus 3900 Greystone Avenue Suite 11B Riverdale, NY 10463 | | - | | | | | | 12,500.00 |
| Account No. | | | | Trade debt | | | | |
| RV Products A Division of Airxel, Inc. 3050 N. Saint Francis Street Wichita, KS 67219 | | - | | | | | | 2,737.00 |
| Account No. | | | | | | | | |
| Selective Insurance Company of America P.O. Box 371468 Pittsburgh, PA 15250-7468 | | - | | | | | | 4,802.00 |
| Account No. | | | | | | | | |
| Selective Insurance Company of America P.O. Box 371468 Pittsburgh, PA 15250-7468 | | - | | | | | | 7,514.00 |
| Account No. | | | | Trade debt | | | | |
| SOSSEC, Inc. 8 Commerce Drive Suite 828 Atkinson, NH 03811 | | - | | | | | | 2,000.00 |

Sheet no. __15__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

29,553.00

B6F (Official Form 6F) (12/07) - Cont.

In re    EchoStream Motor Group, LLC                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Sound Off Signal, Inc.<br>PO Box 206<br>Hudsonville, MI 49426 | - | | Trade debt | | | | 6,083.00 |
| Account No.<br><br>Technical Solutions<br>6315 Lemonwood Drive<br>Colorado Springs, CO 80918 | - | | Trade debt | | | | 646.00 |
| Account No.<br><br>Tessco Inc.<br>PO Box 102885<br>Atlanta, GA 30368-2885 | - | | Trade debt | | | | 699.00 |
| Account No.<br><br>The Inverter Store<br>9736 S. Virginia St.<br>Suite A<br>Reno, NV 89511 | - | | Trade debt | | | | 3,578.00 |
| Account No. x0012<br><br>Tulnoy Lumber<br>1620 Webster Ave<br>Bronx, NY 10457 | - | | Trade debt | | | | 14,766.00 |

Sheet no. _16_ of _18_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    25,772.00

B6F (Official Form 6F) (12/07) - Cont.

In re    EchoStream Motor Group, LLC
_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Tyco Integrated Security LLC <br> PO Box 371967 <br> Pittsburgh, PA 15250-7967 | - | | Service Fee | | | | 870.00 |
| Account No. <br><br> Uline Shipping Supply <br> 2220 S. Lakeside Drive <br> Waukegan, IL 60085 | - | | Trade debt | | | | 2,710.00 |
| Account No. xxxxxxxx8885 <br><br> Unishippers Association <br> PO Box 677 <br> Rockaway, NJ 07866-0677 | - | | Trade debt | | | | 3,501.00 |
| Account No. <br><br> USPS <br> PO Box 7247-0244 <br> Philadelphia, PA 19170-0001 | - | | Trade debt | | | | 67.00 |
| Account No. xxxxxxxx9-000 <br><br> Verizon Wireless <br> P.O. Box 408 <br> Newark, NJ 07101-0408 | - | | Utilities | | | | 225.00 |

Sheet no. __17__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          7,373.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    EchoStream Motor Group, LLC                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Whelen Engineering Co, Inc. 51 Winthrop Road Chester, CT 06412-0684 | - | | | | | | | 20,700.00 |
| Account No. | | | | Trade debt | | | | |
| Whitmoyer Auto Group 1001 East Main Street Mount Joy, PA 17552 | - | | | | | | | 41,200.00 |
| Account No. | | | | Trade debt | | | | |
| Wurth Baer Supply Company 909 Forest Edge Drive Vernon Hills, IL 60061 | - | | | | | | | 1,145.00 |
| Account No. | | | | Trade debt | | | | |
| Ziamatic Corp. 10 West College Ave Yardley, PA 19067 | - | | | | | | | 275.00 |
| Account No. | | | | Trade debt | | | | |
| Zoro Tools 1000 Asbury Drive, Suite 1 Buffalo Grove, IL 60089-4551 | - | | | | | | | 2,239.00 |

Sheet no. __18__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    65,559.00

Total (Report on Summary of Schedules)    837,981.82

B6G (Official Form 6G) (12/07)

.

In re    EchoStream Motor Group, LLC                                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Susquehanna Commercial<br>Attn:  Accounts Receivable Dept.<br>2 Country View Road, Suite 300<br>Malvern, PA 19355 | HVAC Lennox 12 1/2 Air Condition lease, contract. no. ****9001, expires 12/2015 |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    EchoStream Motor Group, LLC _____ ,    Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed
by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used
by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Jaspal Singh<br>376 Ridgeview Road<br>Princeton, NJ 08540 | RBS Citizens<br>Citizens One<br>PO Box 42113<br>Providence, RI 02940-2113 |
| Larry Kahan<br>6 Kent Court<br>Flanders, NJ 07836 | First Bank<br>530 Main Street<br>Denville, NJ 07834 |
| Larry Kahan<br>6 Kent Court<br>Flanders, NJ 07836 | First Bank<br>530 Main Street<br>Denville, NJ 07834 |
| Paul Evans<br>43B West Broad Street<br>Hopewell, NJ 08525 | Ford Credit<br>PO Box 220564<br>Pittsburgh, PA 15257-2564 |

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re    EchoStream Motor Group, LLC                                    Case No.
_____    Chapter    7
                              Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___39___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    February 27, 2015                    Signature    /s/ Daniel Huang
_____
                                    Daniel Huang
                                    CEO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of New Jersey

In re    EchoStream Motor Group, LLC                    Case No. _____

                                 Debtor(s)          Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $349,608.00 | 2015: Debtor Gross Revenue |
| $3,285,339.00 | 2014: Debtor Gross Revenue |
| $1,976,197.00 | 2013: Debtor Gross Revenue |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

          AMOUNT                     SOURCE

B7 (Official Form 7) (04/13)2

### 3. Payments to creditors

None ■   *Complete a. or b., as appropriate, and c.*

    a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None □   b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| DCT Industrial 80 Route 4 East Suite 240 Paramus, NJ 07652 | 1/5/15; 12/24/14 | $17,911.86 | $17,812.00 |
| Aetna 1 Prudential Circle F723 Sugar Land, TX 77478 | 1/5/15 | $16,016.20 | $13,984.00 |
| Alliance Telecommunications | 1-9-15 | $5,500.00 | $0.00 |
| EPK Financial Corp. | 1/8/15; 12/29/14; 1/13/15; 1/14/15 | $142,104.86 | $0.00 |

None ■   c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None □   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| Pentad, Inc. v. Odyssey Special Vehicles Docket No. L-182-15 | Civil Action | Superior Court of NJ Mercer County | Pending |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)                                                                                                3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| DCT Rockaway LLC v. EchoStream Motor Group, LLC<br>Docket No. LT39-15 | Consent to Enter Judgment | Superior Court of NJ<br>Morris County | Pending |

None<br>■
  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None<br>■
  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None<br>■
  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None<br>■
  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None<br>☐
  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| American Red Cross<br>North Jersey Region | None | 10/2/14 | Surplus 44' enclosed medical trailer, est. value $120,000 |
| Morris County Sheriff's Office<br>Morristown, NJ | None | 11/3/14 | Surplus vehicle cabinets, est. value $10,000 |

B7 (Official Form 7) (04/13)                                                                                                                  4

---

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

---

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| WASSERMAN, JURISTA & STOLZ<br>110 Allen Road<br>Suite 304<br>Basking Ridge, NJ 07920 | 2/23/15 | $7,500.00 |

---

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                          5

---

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Whitmoyer Auto Group<br>1001 East Main Street<br>Mount Joy, PA 17552 | Ford F250 Pickup Truck for Chevron Angola | On Site |

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

B7 (Official Form 7) (04/13)                                                                                                                    6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                       DATES SERVICES RENDERED
Hill Barth King LLC                                        ongoing
2564 Brunswick Pike
Lawrenceville, NJ 08648

B7 (Official Form 7) (04/13)                                                                                                     7

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Flatworld Solutions | ongoing bookkeeping services |
| Princeton Forrestal Village | |
| 116 Village Blvd, Suite 200 | |
| Princeton, NJ 08540 | |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
     of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
     of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Hill Barth King LLC | 2564 Brunswick Pike |
| | Lawrenceville, NJ 08648 |
| Flatworld Solutions | Princeton Forrestal Village |
| | 116 Village Blvd., Suite 200 |
| | Princeton, NJ 08540 |

None
☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
     issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| First Bank | 2/1/15 |
| 1206 Sussex Turnpike | |
| Randolph, NJ 07869 | |

---

**20. Inventories**

None
☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
     and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 11/2013 | David Margretta | 263,333 LIFO |

None
☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 11/2013 | Jaspal Singh |
| | 376 Ridgeview Road |
| | Princeton, NJ 08540 |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                8

None      b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐         controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Daniel Huang<br>1 Nelson Ridge Road<br>Princeton, NJ 08540 | CEO | 33.33% of member interests |
| Jaspal Singh<br>376 Ridgeview Road<br>Princeton, NJ 08540 | CFO | 33.33% of member interests |
| Paul Evans<br>43B West Broad Street<br>Hopewell, NJ 08525 | COO | 19.98% of member interests |
| Milenium Trust Company<br>f/b/o Paul Evans<br>2001 Spring Road, Suite 700<br>Oak Brook, IL 60523 | Trust | 13.34% of member interests |

**22 . Former partners, officers, directors and shareholders**

None      a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■         commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None      b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■         immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None      If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
☐         in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
          commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Daniel Huang<br>1 Nelson Ridge Road<br>Princeton, NJ 08540<br>    Principal | Distributions | $12,125 |
| Jaspal Singh<br>376 Ridgeview Road<br>Princeton, NJ 08540<br>    Principal | Distributions and reimbrusement for out of pocket expenses | $32,950 |
| Paul Evans<br>43B West Broad Street<br>Hopewell, NJ 08525<br>    Principal | Distriubtions and reimbursement for out of pcoket expenses | $28,056 |

B7 (Official Form 7) (04/13)                                                                                    9

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                         TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                              TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B7 (Official Form 7) (04/13)                                                                                                                                10

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   February 27, 2015                              Signature     /s/ Daniel Huang
                                                                    Daniel Huang
                                                                    CEO


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### District of New Jersey

In re   EchoStream Motor Group, LLC            Case No. _____
                                   Debtor(s)      Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 7,500.00 |
| Balance Due | $ | 0.00 |

2.   $ __335.00__ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   __February 27, 2015__          /s/ Donald W. Clarke
                                           Donald W. Clarke
                                           WASSERMAN, JURISTA & STOLZ
                                           110 Allen Road
                                           Suite 304
                                           Basking Ridge, NJ 07920
                                           (973) 467-2700   Fax: (973) 467-8126
                                           attys@wjslaw.com

# United States Bankruptcy Court
### District of New Jersey

In re    EchoStream Motor Group, LLC                          Case No.                    
                                            Debtor(s)             Chapter      7

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:    February 27, 2015                        /s/ Daniel Huang
                                              Daniel Huang/CEO
                                              Signer/Title

1st Responder Newspaper
1 Ardmore Street
New Windsor, NY 12553


Aetna
P.O. Box 7247-0213
Philadelphia, PA 19170-0233


Allegis Corp.
315 Shawnee North Drive
Suwanee, GA 30024


Amazon.com, Inc.
1200 12th Avenue South
Suite 1200
Seattle, WA 98144-2734


American Document Solutions
111 Canfield Ave., Suite A14
Randolph, NJ 07869


American Express
Customer Service
P.O. Box 981535
El Paso, TX 79998-1535


American Van Equipment
149 Lehigh Avenue
Lakewood, NJ 08701


Amrita Singh
2242 E. Deerfield Drive
Media, PA 19063


Andy Herreros
25 Pamela Drive
Totowa, NJ 07512


Antonio Galvan
5 Red Lodge Drive
Unit 3
Vernon, NJ 07462

App River
1101 Gulf Breeze Parkway
Suite 200
Gulf Breeze, FL 32561-4858


Arturo Zhindon
37 1/2 North First Ave
Kenvil, NJ 07847


Ashpa Management
PO Box 972
Lakewood, NJ 08701


Austin Hardware & Supply, Inc.
1051 Sheffler Drive
Suite A
Chambersburg, PA 17201


Bank of America Mastercard
Customer Service
PO Box 982238
El Paso, TX 79998-2238


Bank of America Visa
Customer Service
PO Box 982238
El Paso, TX 79998-2238


Barbara Karle
20 Warwick Road
Flanders, NJ 07836


Baron Environmental Services
571 Central Avenue
Suite 113
New Providence, NJ 07974


Bartolomei Pucciarelli
2564 Brunswick Pike
Lawrenceville, NJ 08648


Brach Eichler LLC
101 Eisenhower Parkway
Roseland, NJ 07068

Brewster County Treasurer
107 West Avenue E
Suite #4
Alpine, TX 79830


Bumperchute Co.
8815 SE 74th Place
Mercer Island, WA 98040


CAN Capital
414 West 14th St., 3rd Fl.
New York, NY 10014


Constant Contact
1601 Trapelo Road
3rd Floor
Waltham, MA 02451


Creative Foam
6888 Sunflower Lane
Macungie, PA 18062


Creative Metal Works
PO Box 509
Franklin, NJ 07416


Crime Point
355 N. Lantana Street
Camarillo, CA 93010


Curbell Plastics, Inc.
14746 Collections Center Drive
Chicago, IL 60693


Custom Truck and Body Works
13787 White House Road
Woodbury, GA 30293


D-tools
1850 Gateway Blvd
Suite 1060
Concord, CA 94520

Daniel Huang
1 Nelson Ridge Road
Princeton, NJ 08540

David Margretta
305 Sunlight Drive
Cresco, PA 18326

DCT Industrial
80 Route 4 East
Suite 240
Paramus, NJ 07652

Del City Wire Co., Inc.
23287 Network Place
Chicago, IL 60673-1232

Digital Surroundings
11E Princess Road
Lawrenceville, NJ 08648

Douglas Industries
PO Box 701
Egg Harbor City, NJ 08215

Dwayne Verrinder
49 West Shawnee Tr.
Wharton, NJ 07885

E-Z Pass
New York Service Center
PO Box 15186
Albany, NY 12212

EFA Sales Africa (PTY) Ltd.
PO Box 2226
Edenvale 1610
SOUTH AFRICA

Eric Aerts
154 Mountain Avenue
Warren, NJ 07059

FedBid
75 Remittance Drive
Dept. 1269
Chicago, IL 60675-1269


FedEx
3875 Airways Blvd
Module H 3rd Fl
Memphis, TN 38116


Ferno Washington Inc.
70 Weil Way
Wilmington, OH 45177


Fesco Emergency Sales
7010 Troy Hill Drive
Elkridge, MD 21075


Fire Fighters Equipment
PO Box 897
Dover, NJ 07802-0897


First Bank
530 Main Street
Denville, NJ 07834


First Bank
530 East Main St., #53
Denville, NJ 07834


Fisheries Supplies
1900 North Lake Way
Seattle, WA 98103


Floriberto Mendoza
125 W. Clinton Street
Dover, NJ 07801


Ford Credit
PO Box 220564
Pittsburgh, PA 15257-2564

Fox Rothschild LLP
10 Sentry Parkway
PO Box 3001
Blue Bell, PA 19422


GE Polymershapes
24482 Network Place
Chicago, IL 60673


Gearhart Chevrolet
566 US Hwy 46
Denville, NJ 07834


Gen-El Safety
961 Route 10 East
Suite 2M
Randolph, NJ 07869


Grainger, Inc.
Dept. 521-806855235
Palatine, IL 60038


HBK CPAs and Accountants
2564 Brunswick Pike
Lawrenceville, NJ 08648


Industrial Communications Company
121 North Sitgreaves Street
Easton, PA 18042


Inpower LLC
8311 Green Meadows Drive
Lewis Center, OH 43053


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Special Procedures
955 So. Springfield Avenue
Springfield, NJ 07081

Interstate Battery of NJ
75C Lackawanna Ave
Parsippany, NJ 07054


Ivan Vasquez
211 Overlook Drive
Rockaway, NJ 07866


Jaspal Singh
376 Ridgeview Road
Princeton, NJ 08540


Jersey Sheet Metal & Machine
90 E. Dickerson St.
Dover, NJ 07802


Jim Longobardi
4 Daldunn Lane
Montville, NJ 07045


Kabbage (Celtic Bank)
PO Box 77081
Atlanta, GA 30357


Katie Miraglia
18 Fellscrest Road
Essex Fells, NJ 07021


Kimball Midwest
Dept. L-2780
Columbus, OH 43260-2780


Kussmaul Electronics Co., Inc.
170 Cherry Avenue
West Sayville, NY 11796-1221


Larry Kahan
6 Kent Court
Flanders, NJ 07836


Laserman Fabrication
560 Independence Street
Suite 100
Belvidere, NJ 07823

Leonard Wood Fire Dept
North Dakota, Bldg. 580
Fort Leonard Wood, MO 65473


Leopaldo Serrano
34 George Street
Dover, NJ 07801


Lois Speiden
6 Rowan Road
White Sulphur Springs, WV 24986


Luis Narvaez
44 Randolph Ave
Dover, NJ 07801


Lumberman Associates, Inc.
2101 Hunter Road
PO Box 720
Bristol, PA 19007


Maria Bono
4791 Queens Way
Kunkletown, PA 18058


McMahan Enterprises
203 Canty Road
Sumrall, MS 39482


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


Messe Frankfurt
1600 Parkwood Circle S.E.
Suite 615
Atlanta, GA 30339


Metro St. Louis Downtown Airport FD
6100 Archview Drive
Cahokia, IL 62206


Michael Suplicki
53 North Lakeside Ave
Lake Hopatcong, NJ 07849

Mobile Power
392 Watters Road
Hackettstown, NJ 07840


Mooney-General Paper Co.
1451 Chestnut Street
PO Box 3800
Hillside, NJ 07205


Mouser Electronics
PO Box 99319
Fort Worth, TX 76199-0319


Nate Seely
10 Quary Court
Randolph, NJ 07869


NJ Natural Gas
PO Box 11743
Newark, NJ 07101-4743


NJMEP
2 Ridgedale Avenue
Suite 305
Cedar Knolls, NJ 07927


Nordic Metal, LLC
500 South 31st Street
Kenilworth, NJ 07033-1259


Norma Evans
65 O. Amherst Lane
Monroe Township, NJ 08831


Northampton County Emergency Mgmt
100 Gracedale Ave
Nazareth, PA 18064


Northeast Battery
240 Washington Street
Auburn, MA 01501


Northwest Battery
240 Washington Street
Auburn, MA 01501

Northwest Registered Agent
906 W. 2nd Ave, Suite 100
Spokane, WA 99201


Omar Narvaez
134 Monroe Ave
Dover, NJ 07801


Optimum
200 Jericho Quandrangle
Jericho, NY 11753


Patrick Fahy
2 East Chrystal Street
Dover, NJ 07801


Paul Evans
43B West Broad Street
Hopewell, NJ 08525


Paul Mazzola
2607 Fernwood Ave
Bartonsville, PA 18321


Paychex Online Services
1175 John Street
West Henrietta, NY 14586


Penn Mutual Life Insurance
Payment Processing Center
PO Box 7460
Philadelphia, PA 19100-7460


Pentad People Solutions
1000 Herrontown Road
Princeton, NJ 08540


Praxair Mid-Atlantic
5275 Tilghman Street
Allentown, PA 18104


Protech
4343 South 19th Street
Council Bluffs, IA 51501-3305

RBS Citizens
Citizens One
PO Box 42113
Providence, RI 02940-2113


Richard Dell
22 George Street
Succasunna, NJ 07876


Rio Grande Council of Governments
8037 Lockheed
Suite 100
El Paso, TX 79925


Robert Marcus
3900 Greystone Avenue
Suite 11B
Riverdale, NY 10463


Robert Nolan
27 Fairlawn Drive
Hewitt, NJ 07871


RV Products
A Division of Airxel, Inc.
3050 N. Saint Francis Street
Wichita, KS 67219


Ryan Leonard
5 Hillside Ave
Belvidere, NJ 07823


Selective Insurance Company of America
P.O. Box 371468
Pittsburgh, PA 15250-7468


Shane Duncalf
10 Homestead Road
Lake Hopatcong, NJ 07849


SOSSEC, Inc.
8 Commerce Drive
Suite 828
Atkinson, NH 03811

Sound Off Signal, Inc.
PO Box 206
Hudsonville, MI 49426


State of New Jersey
Division of Taxation
CN 249
Trenton, NJ 08625


Susquehanna Commercial
Attn: Accounts Receivable Dept.
2 Country View Road, Suite 300
Malvern, PA 19355


Technical Solutions
6315 Lemonwood Drive
Colorado Springs, CO 80918


Terlingua Fire & EMS
PO Box 290
Terlingua, TX 79852


Tessco Inc.
PO Box 102885
Atlanta, GA 30368-2885


The Inverter Store
9736 S. Virginia St.
Suite A
Reno, NV 89511


Thomas LaBarbera
337 Carnegie Street
Hackettstown, NJ 07840


Tulnoy Lumber
1620 Webster Ave
Bronx, NY 10457


Tyco Integrated Security LLC
PO Box 371967
Pittsburgh, PA 15250-7967

Uline Shipping Supply
2220 S. Lakeside Drive
Waukegan, IL 60085


Unishippers Association
PO Box 677
Rockaway, NJ 07866-0677


USPS
PO Box 7247-0244
Philadelphia, PA 19170-0001


Verizon Wireless
P.O. Box 408
Newark, NJ 07101-0408


Whelen Engineering Co, Inc.
51 Winthrop Road
Chester, CT 06412-0684


Whitmoyer Auto Group
1001 East Main Street
Mount Joy, PA 17552


Wurth Baer Supply Company
909 Forest Edge Drive
Vernon Hills, IL 60061


Ziamatic Corp.
10 West College Ave
Yardley, PA 19067


Zoro Tools
1000 Asbury Drive, Suite 1
Buffalo Grove, IL 60089-4551

# United States Bankruptcy Court
### District of New Jersey

In re   EchoStream Motor Group, LLC _____

                                    Debtor(s)

Case No. _____

Chapter    7    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   EchoStream Motor Group, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Daniel Huang
1 Nelson Ridge Road
Princeton, NJ 08540

Jaspal Singh
376 Ridgeview Road
Princeton, NJ 08540

Millenium Trust Company
f/b/o Paul Evans
2001 Spring Road, Suite 700
Oak Brook, IL 60523

Paul Evans
43B West Broad Street
Hopewell, NJ 08525

☐ None [*Check if applicable*]

February 27, 2015 _____

Date

/s/ Donald W. Clarke _____

Donald W. Clarke

Signature of Attorney or Litigant
Counsel for   EchoStream Motor Group, LLC _____

WASSERMAN, JURISTA & STOLZ

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700 Fax:(973) 467-8126
attys@wjslaw.com